UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    17 CR 341(VB)
     -against-                      :
                                    :    ORDER
CHRISTOPHER VON STEIN               :
                                    :
          Defendant.                :
------------------------------------X

As discussed at the arraignment and conference on the violation of supervised release matter held on September 17, 2021, it is hereby ORDERED that the defendant, Christopher Von Stein (DOB 10/15/1981), is released on his own recognizance with the added condition of home incarceration which will be monitored via GPS by the Probation Department. Upon documentation of part-time or full-time employment, the Probation Department may transition Mr. Von Stein to home detention in which he is restricted to his home at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearance; Court-ordered obligations; or other activities as preapproved by the probation officer.

Dated: White Plains, New York
       September 17, 2021

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge